IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02641-BNB

DEREK I. ALLMON,

    Petitioner,

v.

BUREAU OF PRISONS,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Derek I. Allmon initiated this action by filing *pro se* a "Petition for Prohibitory Injunction to Cease Retaliation and Civil Violations." In an order filed on December 19, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Allmon to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Allmon to file a Prisoner Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Allmon was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. In a minute order filed on January 15, 2008, Magistrate Judge Boland granted Mr. Allmon an extension of time to cure the deficiencies.

On February 13, 2008, Mr. Allmon filed a letter to the Court asking the Court to temporarily suspend this action and allow him to refile within 120 days. The request to temporarily suspend this action will be denied. The Court will not hold the case in

abeyance for an indefinite period of time when Mr. Allmon has not even cured the deficiencies identified in Magistrate Judge Boland's December 19 order. Instead, the instant action will be dismissed because Mr. Allmon has failed to cure the deficiencies within the time allowed. However, the dismissal will be without prejudice. Therefore, if Mr. Allmon wishes to pursue his claims in this Court, he may do so by filing a new action. Accordingly, it is

ORDERED that the request to temporarily suspend this action, which Petitioner makes in a letter to the Court filed on February 13, 2008, is denied. It is

FURTHER ORDERED that the "Petition for Prohibitory Injunction to Cease Retaliation and Civil Violations" is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 26 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02641-BNB

Derek I. Allmon
Reg. No. 12579-076
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/26/08

                              GREGORY C. LANGHAM, CLERK

                            By: _____
                                       Deputy Clerk